# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136120

JOHN ALSON CORRION,

      Plaintiff-Appellant,

v

KAREN ANN CORRION,

      Defendant-Appellee.

_____

SC: 136120
CoA: 283174

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 1, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

jm